*File No.* . . . . *Larned Docket*, MS p. 29.

## UNITED STATES *versus* LAURENT ROLETTE.

JOURNAL ENTRIES: (1) Oct. 3, 1821: marshal ruled to bring body; (2) Oct. 13, 1821: continued; (3) Sept. 16, 1822: continued; (4) Sept. 20, 1823:

continued; (5) Sept. 29, 1823: continued; (6) Oct. 28, 1826: continued; (7) Dec. 4, 1827: stricken from docket.
PAPERS IN FILE: [None]
*File No. . . . .*